# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



### CIVIL MINUTES - GENERAL

| Case No. | CV05-2075 GPS | Date | September 1, 2005 |
|---|---|---|---|
| Title | VICENTE HERNANDEZ v. UNION PACIFIC RAILROAD COMPANY, et al. | | |

Present: The Honorable **GEORGE P. SCHIAVELLI**, UNITED STATES DISTRICT JUDGE

| Krista Barrett | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS)

The consolidated complaint in CV 04-1122-GPS having been filed this date, this case is hereby closed.



Initials of Preparer  KB

